

## Payments

ⓘ **Updated payment statuses and reminders** ✕
We've updated your Payments page so you can more easily track the status of client payments. We've also updated email reminders to encourage clients to resolve payment issues more quickly. You can learn more about how pending payments work below.

You'll get paid in bulk on the 15th and the last day of the month. **Learn more**

💳 **Refer a provider:** For every provider you refer, you get $350 and they get $100. Terms apply.    **Learn more**

⑦ **How do pending payments work?** ⌄

Upcoming    **History**

### Payment history

| | Payment date | Description | Total amount |
|---|---|---|---|
| › | 6/15/2026 | Payment for 14 transactions | $1,437.68 |
| › | 5/29/2026 | Payment for 4 transactions | $420.00 |
| › | 5/15/2026 | Payment for 30 transactions | $3,019.66 |
| › | 4/30/2026 | Payment for 23 transactions | $2,318.07 |
| › | 4/15/2026 | Payment for 11 transactions | $1,136.56 |
| › | 3/31/2026 | Payment for 30 transactions | $3,118.77 |
| › | 3/13/2026 | Payment for 15 transactions | $1,567.87 |
| › | 2/27/2026 | Payment for 26 transactions | $2,629.44 |
| › | 2/13/2026 | Payment for 27 transactions | $2,762.82 |
| › | 1/30/2026 | Payment for 27 transactions | $2,989.18 |
| › | 1/15/2026 | Payment for 26 transactions | $2,684.14 |
| › | 12/31/2025 | Payment for 29 transactions | $3,0... |
| › | 12/15/2025 | Payment for 20 transactions | $2,116.88 |

### Headway

- Home
- Calendar
- Clients
- **Payments**
- Messages
- Insurance status
- Form library

- Settings
- Contact us
- Refer a provider  $350
- ⋯ More

Chase Kerrey



The Children's Hospital of Philadelphia    3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Sarah Kerrey    236 Clamar Ave Havertown, PA 19083

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sarah Kerrey | The Children's Hospital of Philadelphia | 1026004 | 05/24/2026 | 06/06/2026 | 06/11/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,668.60 | 494.41 | 756.72 | 27.14 | 390.33 |
| YTD | 27,114.76 | 6,850.66 | 4,282.77 | 325.68 | 15,655.65 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 05/24/2026 - 06/06/2026 | 0 | 0 | 1.06 | 0 | 12.72 |
| LV PPLS | | 0 | | | 40 | 1,390.50 |
| National Holiday | | 0 | | | 24 | 834.30 |
| PPL Scheduled | | 0 | | | 80 | 2,781.02 |
| Prior Pay Salaried S | | 0 | | | 40 | 834.30 |
| Prior Pay Salaried S | | 0 | | | 56 | 1,362.70 |
| Regular - Salary | 05/24/2026 - 06/06/2026 | 0 | 0 | 0.00 | 296 | 10,289.68 |
| Salaried - STD 60% | 05/24/2026 - 06/06/2026 | 80 | 34.7625 | 1,668.60 | 200 | 4,171.50 |
| Salaried - STD 70% | | 0 | | | 224 | 5,450.76 |
| Earnings | | | | 1,669.66 | | 27,127.48 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.86 | 1,314.06 |
| Medicare | 17.04 | 307.32 |
| Federal Withholding | 629.58 | 1,729.58 |
| State Tax - PA | 36.05 | 650.29 |
| SUI-Employee Paid - PA | 1.17 | 18.98 |
| City Tax - PHILA | 0.02 | 262.54 |
| Employee Taxes | 756.72 | 4,282.77 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Aetna Dental PPO Plan | 29.77 | 357.24 |
| Healthcare FSA | 126.92 | 1,523.04 |
| Keystone Health Plan East | 330.59 | 3,967.08 |
| TIAA/Cref TSA | | 917.74 |
| United Healthcare Vision | 7.13 | 85.56 |
| Pre Tax Deductions | 494.41 | 6,850.66 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Additional Life | 10.50 | 126.00 |
| Child Life Insurance | 1.63 | 19.56 |
| Legal Plan | 9.21 | 110.52 |
| Spouse Life Insurance | 5.80 | 69.60 |
| Post Tax Deductions | 27.14 | 325.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| TIAA/Cref Employer Match | | 458.86 |
| Employer Paid Benefits | 0.00 | 458.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,175.25 | 21,194.56 |
| Medicare - Taxable Wages | 1,175.25 | 21,194.56 |
| Federal Withholding - Taxable Wages | 1,175.25 | 20,276.82 |
| State Tax Taxable Wages - PA | 1,174.19 | 21,181.84 |
| City Tax Taxable Wages - HVRFD | 587.08 | 10,590.74 |
| City Tax Taxable Wages - PHILA | 0.53 | 7,654.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4900 | |
| Additional Withholding | 629.58 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Personal Leave | 7.69 | 0 | 67.33 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Capital One | Chase Allowance | ******6458 | | 390.33 | USD |



The Children's Hospital of Philadelphia    3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Sarah Kerrey    236 Clamar Ave Havertown, PA 19083

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Sarah Kerrey | The Children's Hospital of Philadelphia | 1026004 | 06/07/2026 | 06/20/2026 | 06/25/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 1,668.60 | 494.41 | 756.73 | 27.14 | 390.32 |
| YTD | 28,783.36 | 7,345.07 | 5,039.50 | 352.82 | 16,045.97 |

| Earnings | | | | | | |
|----------|--|--|--|--|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| GTL Imputed Incom | 06/07/2026 - 06/20/2026 | 0 | 0 | 1.06 | 0 | 13.78 |
| LV PPLS | | 0 | | | 40 | 1,390.50 |
| National Holiday | | 0 | | | 24 | 834.30 |
| PPL Scheduled | | 0 | | | 80 | 2,781.02 |
| Prior Pay Salaried S | | 0 | | | 40 | 834.30 |
| Prior Pay Salaried S | | 0 | | | 56 | 1,362.70 |
| Regular - Salary | 06/07/2026 - 06/20/2026 | 0 | 0 | 0.00 | 296 | 10,289.68 |
| Salaried - STD 60% | 06/07/2026 - 06/20/2026 | 80 | 34.7625 | 1,668.60 | 280 | 5,840.10 |
| Salaried - STD 70% | | 0 | | | 224 | 5,450.76 |
| Earnings | | | | 1,669.66 | | 28,797.14 |

| Employee Taxes | | |
|----------------|--|--|
| Description | Amount | YTD |
| OASDI | 72.87 | 1,386.93 |
| Medicare | 17.04 | 324.36 |
| Federal Withholding | 629.58 | 2,359.16 |
| State Tax - PA | 36.05 | 686.34 |
| SUI-Employee Paid - PA | 1.17 | 20.15 |
| City Tax - PHILA | 0.02 | 262.56 |
| Employee Taxes | 756.73 | 5,039.50 |

| Pre Tax Deductions | | |
|--------------------|--|--|
| Description | Amount | YTD |
| Aetna Dental PPO Plan | 29.77 | 387.01 |
| Healthcare FSA | 126.92 | 1,649.96 |
| Keystone Health Plan East | 330.59 | 4,297.67 |
| TIAA/Cref TSA | | 917.74 |
| United Healthcare Vision | 7.13 | 92.69 |
| Pre Tax Deductions | 494.41 | 7,345.07 |

| Post Tax Deductions | | |
|---------------------|--|--|
| Description | Amount | YTD |
| Additional Life | 10.50 | 136.50 |
| Child Life Insurance | 1.63 | 21.19 |
| Legal Plan | 9.21 | 119.73 |
| Spouse Life Insurance | 5.80 | 75.40 |
| Post Tax Deductions | 27.14 | 352.82 |

| Employer Paid Benefits | | |
|------------------------|--|--|
| Description | Amount | YTD |
| TIAA/Cref Employer Match | | 458.86 |
| Employer Paid Benefits | 0.00 | 458.86 |

| Taxable Wages | | |
|---------------|--|--|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,175.25 | 22,369.81 |
| Medicare - Taxable Wages | 1,175.25 | 22,369.81 |
| Federal Withholding - Taxable Wages | 1,175.25 | 21,452.07 |
| State Tax Taxable Wages - PA | 1,174.19 | 22,356.03 |
| City Tax Taxable Wages - HVRFD | 587.08 | 11,177.82 |
| City Tax Taxable Wages - PHILA | 0.53 | 7,654.64 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4900 | |
| Additional Withholding | 629.58 | 0 |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Paid Personal Leave | 7.69 | 0 | 75.02 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Capital One | Chase Allowance | ******6458 | | 390.32 | USD |