# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Chase R. Kerrey and Sarah Kerrey,

Debtors.

Case No. 26-12834-djb

Chapter 7

### Disclosure of Compensation of Special Attorney for Debtors

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am special attorney for the above-named debtors, retained for the limited purpose described in Paragraph 5, for which I have agreed to accept a flat fee of $5,000.

2.  No compensation has been received from the debtors or on their behalf as of the filing of this statement.

3.  The source of the compensation to be paid to me is the debtors. They have elected to pay the flat fee in forty weekly installments of $125 each through Invoygo LLC, a third-party payment platform acting as my firm's payment-processing agent, with the first payment due August 5, 2026. The total fee is the same as if paid in full, and the debtors will pay no interest, financing charge, or other added cost.

4.  I have not agreed to share this compensation with anyone. Invoygo LLC acts solely as a payment processor; its processing fees are borne by my firm and it receives no share of the compensation disclosed here.

5.  In return for the above-disclosed fee, I have agreed to render legal services to the debtors by representing them in an adversary proceeding under 11 U.S.C. § 523(a)(8) seeking a determination that their student loan debt is dischargeable on grounds of undue hardship, including:

    a.  analysis of the debtors' financial situation as it relates to the dischargeability of their student loans;

    b.  preparation and filing of the adversary complaint against the servicer of their student loans and the U.S. Department of Education;

    c.  completion of the sworn attestation process under guidance issued by the U.S. Department of Justice; and

    d.  negotiation with the United States Attorney in an effort to settle the dischargeability claim.

6.  By agreement with the debtors, the above-disclosed fee does not include the following services:

   a.  representation in the underlying bankruptcy case itself, in which the debtors are represented by another attorney;

   b.  trial of the adversary proceeding, which will be undertaken only at the debtors' demand and, if undertaken, will be billed separately at $495.00 per attorney hour and $245.00 per paralegal hour;

   c.  any appeal, tax advice, or loan-forgiveness or administrative remedy outside of the adversary proceeding; and

   d.  out-of-pocket costs, including court filing fees, service fees, and any deposition, transcript, or witness costs, which are the debtors' responsibility.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in connection with this bankruptcy case.

Date: July 11, 2026

Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

2