Certificate Number: 03088-PAE-DE-041463027

Bankruptcy Case Number: 26-12834

03088-PAE-DE-041463027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2026, at 12:35 o'clock PM CDT, Chase R Kerrey completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 19, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor